# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-1324

———————

Tommy L. Radford,

      Appellant,

    v.

T. S. Falls, Lt., Varner Unit, ADC,

      Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*     [UNPUBLISHED]
\*

———————

Submitted: November 30, 2005
Filed: December 6, 2005

———————

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

In this 42 U.S.C. § 1983 action, inmate Tommy L. Radford appeals the district court's[1] judgment entered upon a jury verdict in favor of Lieutenant Talbot Falls on Radford's claim that Falls failed to protect him from an assault by another inmate. In the absence of a trial transcript, however, we cannot review Radford's arguments about the sufficiency of the evidence, the propriety of evidentiary rulings, or the temporary substitution of a judge. See Meroney v. Delta Int'l Mach. Corp., 18 F.3d 1436, 1437 (8th Cir. 1994); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d

———————

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

384, 386 (8th Cir. 1987) (per curiam), <u>cert. denied</u>, 484 U.S. 1071 (1988).  As to the grant of Radford's first and second appointed attorneys' motions to withdraw, and the refusal of the court to appoint counsel a third time, we find no abuse of discretion on the record before us.  <u>See</u> <u>Swope v. Cameron</u>, 73 F.3d 850, 851-52 (8th Cir. 1996) (standard of review and relevant factors).  Finally, we do not consider the issues raised for the first time in Radford's reply briefs, <u>see</u> <u>Norwest Bank of N.D. v. Doth</u>, 159 F.3d 328, 334 (8th Cir. 1998) (issues first raised in reply brief will generally not be considered), other than to observe that Radford's ineffective-assistance claim does not support reversal in this civil action, <u>see</u> <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988).

The judgment of the district court is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____